# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARINA CUAUTLE, | ) |
| Plaintiff, | ) Case No. 12-CV-8034 |
| v. | ) Hon. Judge: John Z. Lee |
| HARRAH'S ILLINOIS CORPORATION, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.38 of the United States District Court for the Northern District of Illinois, John L. Ropiequet and Ashley Hayes Forte (Arnstein & Lehr LLP, *of counsel*), hereby move to withdraw as counsel for Plaintiff, Marina Cuautle, and state as follows:

1. Following this Court's appointment of John L. Ropiequet as pro bono counsel pursuant to Local Rules 83.35 *et seq*. for Plaintiff by Order dated September 10, 2013 (DOC 48), he and Ashley Hayes Forte entered their appearances for Plaintiff. (DOC 49, 50)

2. Since that time, irreconcilable differences concerning litigation strategy have arisen between them and Plaintiff that cannot be resolved despite their attempts to do so.

3. In light of these differences, their continued representation of Plaintiff is not feasible.

4. Pursuant to Local Rule 83.38(a)(3), counsel may be relieved of an order of pro bono appointment if a "substantial disagreement on litigation strategy exists between counsel and the party."

WHEREFORE, John L. Ropiequet and Ashley Hayes Forte respectfully request that their Motion to Withdraw be granted.

/s/ John L. Ropiequet

John L. Ropiequet
Ashley Hayes Forte
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100

# **CERTIFICATE OF SERVICE**

Ashley Hayes Forte, an attorney, certifies that on April 2, 2014, she served a copy of the foregoing Motion to Withdraw by electronic mail to:

>Jane M. McFetridge
>McFetridgej@jacksonlewis.com
>
>Alison Crane
>Alison.crane@jacksonlewis.com
>
>Marina Cuautle
>mcuautle38@yahoo.com

and by U.S. Certified Mail to:

>Marina Cuautle
>1711 Prairie Wind Dr.
>Joliet, Illinois 60430

>/s/ Ashley Hayes Forte

11609889.2